SUTTON vs. ROBINSON, for use.

1. Where a former sheriff had in his hands money belonging to a plaintiff, and failed to pay it over upon demand made therefor, he was liable, not only for the principal, interest and costs which he had collected on the plaintiff's $fi. fa.$, but also for the costs in the rule against him instituted by the plaintiff to recover the money.
2. This case having been brought here for delay only, ten per cent damages on the principal sum of one hundred dollars are awarded against the plaintiff in error.
Judgment affirmed with damages.

October 2, 1883.

[Robinson ruled Sutton, former sheriff, for the principal, interest and costs collected by the latter on a $fi. fa.$ He answered the rule, and said he had the money in court, but refused to pay the costs of the rule. The court held him liable therefor, and made the rule absolute. He excepted.]